IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GRIFFIN K. BILLINGSLEY,**

      **Plaintiff,**

v.                                           **Case No. 4:17cv106-MW/CAS**

**DANIEL ROUFA and
GRADY JORDAN,**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 17, is **DISMISSED** because federal claims are barred by *Heck v. Humphrey*. Thus the complaint fails to state a claim and the state law claims should be **DISMISSED** without prejudice for resolution in state court. The

1

Clerk shall note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on July 20, 2017.**

<u>s/Mark E. Walker</u>  ____
**United States District Judge**
